IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


RODNEY DANIELS                                                          PLAINTIFF


V.                              CASE NO. 09-CV-1002


ROY DeLASSUS                                                          DEFENDANT


## **ORDER**

Before the Court is the Report and Recommendation filed June 8, 2009, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. 10).

Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to prosecute this

action and his failure to obey an order of the Court.  *See* Fed. R. Civ. P. 41(b).  Plaintiff has not filed

objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. §

636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims

in this action are **DISMISSED**..

        **IT IS SO ORDERED**, this 6th day of July, 2009.


                                              /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge